This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                        **NO. 35,481**

**MATTHEW GONZALES,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Cristina Jaramillo, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Elizabeth Ashton, Assistant Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**WECHSLER, Judge.**

{1} Defendant Matthew Gonzales appeals from the district court's judgment, sentence, and commitment, filed on February 5, 2016. [RP 0082-85] This Court issued a notice of proposed disposition, proposing to reverse and remand for additional factfinding. The State filed a notice with this Court, stating that it does not intend to file a memorandum in opposition to this Court's notice of proposed disposition, and it "does not object to this Court's proposal to reverse the designation of the kidnapping conviction as a serious violent offense and remand for additional fact finding." [Notice 1, Ct. App. File] Accordingly, and for the reasons stated in our notice of proposed disposition, we reverse and remand.

{2} **IT IS SO ORDERED.**

 

_____

**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____

**TIMOTHY L. GARCIA, Judge**

_____

**STEPHEN G. FRENCH, Judge**